**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|   Plaintiff, ) | 13-04146MJ-001-PCT-MEA |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Nathaniel Ricky Numkena, ) | |
|   Defendant. ) | |

The defendant appeared in court and admitted to violating his conditions of supervised released as alleged in Paragraph A, B, and C of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TWENTY SEVEN (27) DAYS**, in addition to any time already served**.**

It is recommended defendant serve his period of incarceration at the Coconino County Jail.

DATED this 1st day of October, 2014.

_____
Mark E. Aspey
United States Magistrate Judge